# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL RICHARD BUMSTEAD, JR., | Case No. CV 14-7932-DMG (JEM) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| RICHARD IVES, Warden, | |
| Defendants. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action be dismissed without prejudice.

DATED: August 17, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE